UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CALVIN FIELDS )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>LELAND DUDEK, 　　　　　)<br>Acting Commissioner the Social Security )<br>　　　　Defendant. | **JUDGMENT**<br><br>No. 4:24-CV-00134-M-RN |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 8, 2025, that defendant pay to plaintiff $2,580.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 8, 2025, and Copies To:**
Paul T. McChesney (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

April 8, 2025　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　/s/ Tyjuana Griffin
　　　　　　　　　　　　　　　　　(By) Tyjuana Griffin, Deputy Clerk